IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

ALAN LEVIN,                          )
                                     )
        Plaintiff,                   )
                                     )
            v.                       )    1:14cv1527 (JCC/IDD)
                                     )
J. ROBERT HEYL,                      )
                                     )
        Defendant.                   )

**O R D E R**

For the reasons stated in the accompanying Memorandum
Opinion, it is hereby ORDERED that:

(1) Plaintiff Alan Levin's Motion for Default Judgment
[Dkt. 17] is GRANTED with respect to Defendant J. Robert Heyl;

(2) Plaintiff's Limited Objection to the Report and
Recommendation is SUSTAINED;

(3) The Clerk of Court shall enter default judgment
pursuant to Federal Rule of Civil Procedure 55(b)(2) in favor of
the Plaintiff against Defendant J. Robert Heyl in the amount of
$75,000 for the breach of contract claim stemming from the
livestock sale and $42,875.16 plus prejudgment interest at a
rate of ten percent per annum beginning August 11, 2014 for the
breach of contract claim stemming from the promissory note, plus
costs; and

(4) The Clerk of Court shall close this matter as final and forward this Order and accompanying Memorandum Opinion to all counsel of record.

This Order is FINAL.


_____
/s/

March 23, 2016                     James C. Cacheris
Alexandria, Virginia        UNITED STATES DISTRICT COURT JUDGE