# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Alan Levin ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14cv1527 (JCC/IDD) |
| ) | |
| ) | |
| J. Robert Heyl ) | |
| ) | |
| Defendant. ) | |

## **DEFAULT JUDGMENT**

Pursuant to the order of this Court entered on March 23, 2016 and in accordance with Federal Rules of Civil Procedure 55, DEFAULT JUDGMENT is hereby entered in favor of Alan Levin and against J. Robert Heyl in the amount of $75,000 for the breach of contract claim stemming from the livestock sale and $42,875.16 plus prejudgment interest at a rate of ten percent per annum beginning August 11, 2014 for the breach of contract claim stemming from the promissory note, plus costs.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
   Richard Banke
   Deputy Clerk

Dated: 3/24/2016
Alexandria, Virginia